GAY *et al.* v. WALLACE *et al.*

No. 2827.   Opinion Filed June 25, 1912.

Publication Withheld Until September Term, 1912.

(124 Pac. 1082.)

*Error from District Court, Jackson County;*

*Frank Mathews, Judge.*

Action by Sanford Gay and others against Reid Wallace and Ben Hennessey. Judgment for defendants, and plaintiffs bring error. Reversed and remanded, with directions.

*S. B. Garrett* and *W. C. Austin,* for plaintiffs in error.

*O. T. Smith* and *Joel M. Sandlin,* for defendant in error Wallace.

*Charles West,* Atty. Gen. (*Charles L. Moore,* Asst. Atty. Gen., of counsel), for defendant in error Hennessey.

DUNN, J. The issues in this case are identical with the issues in the case of *Gay et al. v. Hicks et al., ante,* 124 Pac. 1077. Under stipulation of counsel, the same briefs were filed in both cases, and the judgment in this case follows the judg-

ment in that one. The judgment of the trial court is accordingly reversed, and the cause remanded to the trial court, with directions to proceed in accordance with the mandates of the statutes as the same are construed in this opinion.

TURNER, C. J., and HAYES and KANE, JJ., concur; WILLIAMS, J., absent, and not participating.